UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOULEYMANE BAH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Civil No. 25-13399-LTS |
| | ) |
| ANTONE MONIZ et al., | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

December 1, 2025

SOROKIN, J.

Pursuant to the Court's Order dated November 19, 2025 (Doc. No. 8), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

All parties shall bear their own fees and costs.

SO ORDERED.

  /s/ Leo T. Sorokin
United States District Judge